**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **BREAKTHROUGH INNOVATIONS, LLC**<br><br>                    Plaintiff,<br><br>v.<br><br>**DIAMEDICAL USA EQUIPMENT, LLC**<br><br>                    Defendant. | **Case No. 2:25-cv-13070**<br><br><br>**ORDER REGARDING DEFENDANT'S SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE** |

Having reviewed Defendant/Counterclaimant DiaMedical USA Equipment, LLC's Substitution of Counsel and Notice of Appearance,

IT IS HEREBY ORDERED that Colin C. Quinn shall be and is hereby substituted as counsel for Defendant/Counterclaimant DiaMedical USA Equipment, LLC, in the place of Amanda Vaughan Letney.

*This Order is not final and does not close this case.*

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  March 20, 2026

1